**Exhibit A**

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "My Little Panties 2 ," Copyright Reg. No. PA0001733587

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.9.101.22 | 2011-11-19 01:57:31 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 2 | 108.9.181.129 | 2011-11-21 00:25:10 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 3 | 108.9.247.233 | 2011-12-12 09:12:56 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 4 | 108.9.248.172 | 2011-12-07 14:34:19 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 5 | 108.9.88.164 | 2011-11-18 02:56:46 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 6 | 173.168.133.27 | 2011-11-04 15:18:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 7 | 173.168.135.134 | 2011-12-10 18:35:53 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 8 | 173.168.151.66 | 2011-12-05 03:08:05 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 9 | 173.168.184.202 | 2011-11-09 21:59:13 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 10 | 173.168.75.134 | 2011-11-12 11:11:47 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 11 | 173.168.96.203 | 2011-11-13 07:13:37 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 12 | 173.168.96.228 | 2011-11-14 21:11:43 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 13 | 173.168.98.91 | 2011-11-29 20:56:55 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 14 | 173.168.99.180 | 2011-11-23 21:04:13 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 15 | 173.170.207.202 | 2011-11-17 11:29:45 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 16 | 173.171.144.100 | 2011-11-21 22:18:07 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 17 | 173.171.144.110 | 2011-11-18 19:18:04 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 18 | 173.171.144.115 | 2011-12-04 16:15:43 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 19 | 173.171.144.166 | 2011-11-25 21:14:16 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 20 | 173.171.144.228 | 2011-12-02 20:57:26 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 21 | 173.171.144.71 | 2011-11-30 19:17:05 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 22 | 173.171.149.118 | 2011-12-01 19:04:17 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 23 | 173.171.150.164 | 2011-11-13 21:06:05 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 24 | 173.171.240.85 | 2011-11-26 23:59:33 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 25 | 173.65.129.158 | 2011-11-22 20:54:41 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 26 | 173.65.137.45 | 2011-11-29 19:16:07 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 27 | 173.65.141.240 | 2011-11-29 01:39:25 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 28 | 173.65.199.233 | 2011-11-26 15:10:08 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
|---|---|---|---|---|---|
| Doe 29 | 173.65.245.144 | 2011-11-29 03:10:36 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 30 | 173.78.146.113 | 2011-11-04 16:09:13 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 31 | 173.78.27.221 | 2011-11-12 18:55:25 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 32 | 173.78.79.146 | 2011-12-11 19:34:50 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 33 | 173.78.95.159 | 2011-11-26 05:38:59 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 34 | 184.88.105.45 | 2011-12-05 20:51:36 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 35 | 184.88.185.169 | 2011-11-22 21:11:20 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 36 | 184.88.230.75 | 2011-12-09 03:15:07 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 37 | 184.91.174.4 | 2011-11-18 02:21:38 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 38 | 208.8.122.48 | 2011-11-10 23:19:17 -0500 | Sprint | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 39 | 216.186.144.106 | 2011-11-27 12:07:57 -0500 | Knology | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 40 | 24.136.37.129 | 2011-11-24 14:26:04 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 41 | 24.164.20.190 | 2011-11-27 23:59:43 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 42 | 24.214.107.244 | 2011-12-11 16:19:26 -0500 | Knology | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 43 | 24.236.65.52 | 2011-12-10 14:33:01 -0500 | Knology | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 44 | 24.26.12.73 | 2011-12-01 20:08:41 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 45 | 24.26.74.30 | 2011-11-08 20:12:35 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 46 | 24.92.12.152 | 2011-12-10 18:18:56 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 47 | 24.96.248.3 | 2011-11-25 21:16:17 -0500 | Knology | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 48 | 65.32.228.147 | 2011-11-17 16:17:53 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 49 | 65.32.57.235 | 2011-11-24 10:56:15 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 50 | 65.33.208.45 | 2011-11-30 06:03:58 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 51 | 65.35.31.95 | 2011-12-03 23:11:47 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 52 | 67.8.15.11 | 2011-11-08 08:08:41 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 53 | 67.8.43.171 | 2011-12-05 19:45:26 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 54 | 67.8.82.153 | 2011-12-06 19:15:38 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 55 | 67.8.96.194 | 2011-12-09 13:20:43 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 56 | 68.1.56.89 | 2011-12-02 09:07:41 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 57 | 68.200.255.229 | 2011-11-20 23:59:38 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 58 | 68.200.28.186 | 2011-11-21 10:41:29 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 59 | 68.202.109.134 | 2011-11-18 18:40:35 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 60 | 68.202.161.200 | 2011-12-10 14:45:19 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 61 | 68.202.97.162 | 2011-11-04 22:21:04 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 62 | 68.204.101.92 | 2011-11-17 02:15:55 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 63 | 68.204.65.203 | 2011-12-05 15:12:37 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 64 | 68.205.8.24 | 2011-11-23 02:49:45 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| --- | --- | --- | --- | --- | --- |
| Doe 65 | 70.119.148.46 | 2011-11-08 23:07:38 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 66 | 70.126.176.9 | 2011-11-30 10:40:07 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 67 | 70.126.177.242 | 2011-11-11 19:14:16 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 68 | 70.126.199.182 | 2011-12-07 14:13:03 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 69 | 70.126.53.79 | 2011-12-09 10:30:34 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 70 | 70.126.79.137 | 2011-12-10 20:31:59 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 71 | 70.127.81.12 | 2011-11-28 03:10:46 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 72 | 70.127.92.43 | 2011-11-10 23:07:04 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 73 | 70.191.245.129 | 2011-11-10 22:55:53 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 74 | 71.101.95.249 | 2011-11-19 03:09:42 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 75 | 71.180.111.169 | 2011-11-18 15:17:54 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 76 | 71.180.13.70 | 2011-12-03 16:16:42 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 77 | 71.180.176.252 | 2011-11-16 21:05:50 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 78 | 72.184.20.109 | 2011-12-01 14:21:46 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 79 | 72.184.228.129 | 2011-11-07 19:55:16 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 80 | 72.185.139.86 | 2011-12-03 08:50:32 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 81 | 72.185.224.241 | 2011-12-08 15:01:13 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 82 | 72.185.50.197 | 2011-11-13 15:06:30 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 83 | 72.186.132.226 | 2011-11-29 09:13:40 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 84 | 72.186.163.214 | 2011-12-08 01:31:28 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 85 | 72.186.2.215 | 2011-12-08 01:54:16 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 86 | 72.187.5.58 | 2011-11-02 19:19:04 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 87 | 72.187.53.191 | 2011-11-05 07:19:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 88 | 72.188.221.209 | 2011-11-03 23:07:27 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 89 | 72.189.188.20 | 2011-12-02 18:29:14 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 90 | 72.189.222.127 | 2011-11-13 17:32:57 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 91 | 72.189.229.128 | 2011-11-11 18:04:33 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 92 | 72.189.253.81 | 2011-11-29 09:00:02 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 93 | 72.216.4.219 | 2011-11-05 23:19:08 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 94 | 72.216.42.131 | 2011-12-10 22:17:56 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 95 | 72.216.46.19 | 2011-12-06 02:34:31 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 96 | 72.216.47.114 | 2011-11-23 23:52:53 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 97 | 72.64.181.184 | 2011-11-03 01:57:27 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 98 | 72.77.135.14 | 2011-11-05 23:52:39 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 99 | 72.77.175.11 | 2011-11-23 02:14:07 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe | IP Address | Date/Time | ISP | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 100 | 72.77.249.25 | 2011-11-05 20:28:29 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 101 | 72.77.252.222 | 2011-11-18 01:48:31 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 102 | 75.203.66.216 | 2011-11-10 15:08:40 -0500 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 103 | 75.204.190.205 | 2011-11-12 15:01:26 -0500 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 104 | 75.224.73.42 | 2011-11-04 15:18:29 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 105 | 75.225.241.243 | 2011-11-16 17:07:41 -0500 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 106 | 75.251.177.213 | 2011-11-03 09:03:57 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 107 | 75.253.119.17 | 2011-11-07 11:12:53 -0500 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 108 | 75.253.8.41 | 2011-11-05 11:12:34 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 109 | 96.228.228.38 | 2011-12-12 07:38:52 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 110 | 96.243.165.134 | 2011-11-04 06:57:42 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 111 | 96.243.182.75 | 2011-11-30 15:04:16 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 112 | 96.243.212.161 | 2011-11-12 04:49:51 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 113 | 96.252.142.179 | 2011-12-04 10:24:45 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 114 | 96.254.157.233 | 2011-12-08 20:58:32 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 115 | 96.254.216.9 | 2011-11-08 19:14:26 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 116 | 96.254.45.133 | 2011-11-15 00:37:18 -0500 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 117 | 97.100.137.255 | 2011-12-03 08:59:34 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 118 | 97.100.39.132 | 2011-12-02 13:55:29 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 119 | 97.101.42.76 | 2011-11-08 23:02:11 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 120 | 97.101.52.100 | 2011-11-24 13:35:22 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 121 | 97.103.178.55 | 2011-11-17 13:04:25 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 122 | 97.103.225.197 | 2011-12-04 23:44:16 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 123 | 97.104.224.172 | 2011-11-17 03:07:53 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 124 | 97.79.42.9 | 2011-12-02 21:04:10 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 125 | 97.96.65.22 | 2011-12-09 03:00:17 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 126 | 97.97.32.157 | 2011-11-14 16:22:30 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 127 | 97.97.63.218 | 2011-11-14 19:20:17 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 128 | 97.97.69.111 | 2011-11-08 09:10:09 -0500 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 129 | 98.162.157.139 | 2011-11-23 22:58:28 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 130 | 98.180.34.33 | 2011-11-06 20:48:42 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 131 | 98.183.59.248 | 2011-12-02 01:22:11 -0500 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |