**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

DIGITAL SIN, INC.,

    VS                                       CASE NO.  1:11cv281-RH/GRJ

DOES 1 - 131,

**JUDGMENT**

The plaintiff's claims are dismissed without prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

April 3, 2012                          s/Pam Lourcey
DATE                               Deputy Clerk: Pam Lourcey